# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ELIGIO PATLAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1859

_____

March 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.